NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5031, -5032

DOMINION RESOURCES, INC.,
DOMINION NUCLEAR CONNECTICUT, INC.,
and VIRGINIA ELECTRIC AND POWER COMPANY,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeals from the United States Court of Federal Claims in case nos.
04-CV-083 and 04-CV-084, Senior Judge Eric G. Bruggink.

ON MOTION

ORDER

The United States submits a supplemental status report concerning the stay of proceedings in this case. Dominion Resources, Inc. et al. respond.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The stay of proceedings is lifted. Any other pending motions are moot.

(2)    The United States' opening brief is due no later than June 30, 2010. Further extensions should not be anticipated.

FOR THE COURT

MAY 0 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 5 2010

JAN HORBALY
CLERK

cc:    Arnold Bradley Fagg, Esq.
       Lisa L. Donahue, Esq.
s19